# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

RODNEY LIONEL BRADY,

        Plaintiff,

vs.

JOHN DOES, PARTIES OF THE INGHAM
COUNTY JAIL AND MEDICAL
DEPARTMENT,

        Defendants.
_____/

Case No.: 2:08-CV-13534

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

## ORDER OF TRANSFER

Plaintiff Rodney Lionel Brady ("Plaintiff") has filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983.

Venue is appropriate in the judicial district where either all defendants reside or where the claims arose. 28 U.S.C. § 1391(b); *Al-Muhaymin v. Jones*, 895 F.2d 1147 (6thCir. 1990). Plaintiff complains of events which took place during his incarceration at the Ingham County Jail in Mason, Michigan. The Ingham County Jail is located in the Western District of Michigan. *See* 28 U.S.C. § 102(b). The John Doe defendants are employees of the Ingham County Jail and Medical Department. Thus, they too are located in the Western District of Michigan. *See id.* Therefore, venue is not appropriate in this district. The Court will transfer the matter to the district where the claim arose and the defendants reside – the Western District of Michigan.

Accordingly, in the interests of justice, the Court:

(1) **TRANSFERS** Plaintiff's case to the United States District Court for the Western District of Michigan, Southern Division; and

(2) **ORDERS** the Clerk of the Court to transfer the Court file to the Western District of Michigan, Southern Division.

**SO ORDERED.**

        s/Paul D. Borman
        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

Dated: August 22, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on August 22, 2008.

        s/Denise Goodine
        Case Manager